UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORALEEN DUNN

VERSUS

JEFFERSON NATIONAL LIFE
INSURANCE COMPANY

CIVIL ACTION

NO. 07-153-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 26, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter will be dismissed for failure to prosecute in accordance with Rule 41(b), Fed. Rules of Civil Procedure and Uniform Local Rules, Rule 41.3, and for failure to obey the orders of the court in accordance with Rule 16 and Rule 37(b)(2)(C) of the Fed. Rules of Civil Procedure.

Baton Rouge, Louisiana, November 16, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA